## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DERRICK X. SHIELDS**                                                              **PETITIONER**

**v.**                              **CASE NO. 5:18-CV-00265-BSM**

**JERRY BRADSHAW, Director,**
**Arkansas Division of Community Correction,**                              **RESPONDENT**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 60] is adopted, and Derrick Shields's petition and amended petition [Doc. Nos. 1, 10] are dismissed with prejudice. A Certificate of Appealability ("COA") is denied. Rule 11(a), Rules Governing § 2254 Cases in United States District Courts; *See Slack v. McDaniel*, 529 U.S. 473, 483 (2000) (explaining the standard for COA to issue when petition is denied on procedural grounds). All other motions are denied as moot.

IT IS SO ORDERED this 7th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE