IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DERRICK X. SHIELDS**                                                    **PETITIONER**

v.                   **CASE NO. 5:18-CV-00265-BSM**

**JERRY BRADSHAW, Director,**
**Arkansas Division of Community Correction,**                 **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of December, 2021.

_/s/ Brian S. Miller_
UNITED STATES DISTRICT JUDGE